23-1387

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JACOB RENFRO,<br><br>    Plaintiff<br><br>v.<br><br>RANDSTAD US, LLC;<br>RYDER INTEGRATED LOGISTICS, INC.; and RYDER INTEGRATED LOGISTICS OF TEXAS, LLC<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§    Civil Action No. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANTS RYDER INTEGRATED LOGISTICS, INC.'S
AND RYDER INTEGRATED LOGISTICS OF TEXAS, LLC'S
CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendant Ryder Integrated Logistics, Inc. ("Ryder") and Ryder Integrated Logistics of Texas, LLC ("Ryder Texas") (collectively referred to as "Ryder Defendants"), and respectfully submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

The undersigned counsel of record for Ryder Defendants hereby give notice of the following corporate interests:

    1.    Ryder Integrated Logistics, Inc. is a corporation organized under the laws of Delaware.

    2.    Ryder Integrated Logistics, Inc. is a wholly owned subsidiary of Ryder System, Inc., a privately held Delaware corporation.

    3.    Ryder System, Inc. is a publicly traded corporation with over 10 percent or more of its stock being owned by The Vanguard Group, Inc. and HG Vora Capital Management, LLC.

    4.    Ryder Integrated Logistics of Texas, LLC is a limited liability company organized under the laws of Texas.

5. Ryder Integrated Logistics of Texas, LLC is a subsidiary of Ryder Transportation Solutions, LLC, which is itself a limited liability company organized under the laws of Delaware and a wholly owned subsidiary of Ryder System, Inc.

Dated: November 10, 2023

        Respectfully submitted,

        */s/ Hunter Johnson*
        Hunter Johnson
        Texas Bar No. 10753900
        E-mail: hjohnson@constangy.com
        Direct (214) 646-3421

        Aarika N. Johnson
        Texas Bar No. 24120927
        E-mail: anjohnson@constangy.com
        Direct (214) 646-3424
        **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
        1201 Elm Street, Suite 2550
        Dallas, TX 75270
        Main: 214.646.3421 • Fax: 214.749.0078

        **ATTORNEYS FOR DEFENDANTS**
        **RYDER INTEGRATED LOGISTICS, INC. and**
        **RYDER INTEGRATED LOGISTICS OF TEXAS,**
        **LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 10, 2023, the foregoing document was filed using the electronic filing system, which will transmit a notice of filing to all counsel of record, as follows:

Andrew E. Lemanski
Texas Bar No. 24046288
ANDREW E. LEMANSKI & ASSOCIATES
9600 Long Point. Ste. 150
Houston, Texas 77055
Tel. (713) 515-2826, Fax (713) 583-9401
Email: andylemanski@yahoo.com
Service Email:  b5valen47370@gmail.com

Steve Shardonofsky
SEYFARTH SHAW SHAW LLP
700 Milam St., Suite #1400
Houston, Texas 77002-2812
Direct: 713-225-1001, Fax: 713-821-0657
SShardonofsky@seyfarth.com

                                      */s/ Hunter Johnson*
                                      Hunter Johnson