23-1387

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JACOB RENFRO, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | |
| § | Civil Action No. _____ |
| RANDSTAD US, LLC; § | |
| RYDER INTEGRATED LOGISTICS, § | |
| INC.; and RYDER INTEGRATED § | |
| LOGISTICS OF TEXAS, LLC § | |
| § | |
| Defendants. § | |

## RANDSTAD US, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Randstad US, LLC, by their attorneys and pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, hereby state the following:

(1) Randstad US, LLC's membership interest is 99.9% owned by Randstad North America, Inc., and .1% owned by Randstad General Partner (US), LLC.

(2) Randstad General Partner (US), LLC's membership interest is 100% owned by Randstad North America, Inc.

(3) Randstad North America, Inc.'s common stock is 100% owned by Randstad Luxembourg UK Limited, whose ultimate parent, Randstad Holding NV, is publicly traded on Euronext Amsterdam.

        Respectfully submitted,
        **SEYFARTH SHAW LLP**

By: /s/ Esteban Shardonofsky
    Esteban Shardonofsky
    Texas Bar No. 24051323
    Stephanie Johnson Manning
    Texas Bar No. 24099422
    700 Milam Street, Suite 1400
    Houston, Texas 77002
    Telephone: (713) 225-2300
    Facsimile: (713) 225-2340
    sshardonofsky@seyfarth.com
    smanning@seyfarth.com

    **ATTORNEYS FOR DEFENDANT**
    **RANDSTAD US, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2023, I filed the foregoing with the Clerk of the Court using the ECF filing system, which will send notification of such filing to the following:

Andrew E. Lemanski
Andrew E. Lemanski & Associates
9600 Long Point, Suite 150
Houston, Texas 77055


    /s/ Esteban Shardonofsky
    Esteban Shardonofsky