UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACOB RENFRO, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 1:23-CV-1387-DII |
| RANDSTAD US, LLC; RYDER INTEGRATED LOGISTICS, INC.; and RYDER INTEGRATED LOGISTICS OF TEXAS, LLC | § § § § § § | |
| Defendants. | § § | |

**AMENDED CERTIFICATE OF SERVICE
FOR DEFENDANTS' JOINT NOTICE OF REMOVAL**

I hereby certify that a true and correct copy of Defendants' Joint Notice of Removal (Doc. 1) and attachments (Doc. 1-1 through 1-4) were served by electronic mail to the following on the 10th day of November 2023:

Andrew E. Lemanski
Texas Bar No. 24046288
ANDREW E. LEMANSKI & ASSOCIATES
9600 Long Point. Ste. 150
Houston, Texas 77055
Tel. (713) 515-2826, Fax (713) 583-9401
Email: andylemanski@yahoo.com
Service Email:  b5valen47370@gmail.com

Esteban Shardonofsky
Texas Bar No. 24051323
Stephanie Johnson Manning
Texas Bar No. 24099422
SEYFARTH SHAW SHAW LLP
700 Milam St., Suite #1400
Houston, Texas 77002-2812
Direct: 713-225-1001, Fax: 713-821-0657
SShardonofsky@seyfarth.com
smanning@seyfarth.com

                                            */s/ Hunter Johnson*
                                            Hunter Johnson

Respectfully submitted,

*/s/ Hunter Johnson*
**Hunter Johnson**
Texas Bar No. 10753900
E-mail: hjohnson@constangy.com
Direct (214) 646-3421
**Aarika N. Johnson**
Texas Bar No. 24120927
E-mail: anjohnson@constangy.com
Direct (214) 646-3424
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
1201 Elm Street, Suite 2550
Dallas, TX 75270
Main: 214.646.3421 • Fax: 214.749.0078

**ATTORNEYS FOR DEFENDANTS**
**RYDER INTEGRATED LOGISTICS, INC. and RYDER INTEGRATED LOGISTICS OF TEXAS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by the Court's electronic filing system to the following on this 15th day of November 2023:

Andrew E. Lemanski
Texas Bar No. 24046288
ANDREW E. LEMANSKI & ASSOCIATES
9600 Long Point. Ste. 150
Houston, Texas 77055
Tel. (713) 515-2826, Fax (713) 583-9401
Email: andylemanski@yahoo.com; Service Email: b5valen47370@gmail.com

Esteban Shardonofsky
Texas Bar No. 24051323
Stephanie Johnson Manning
Texas Bar No. 24099422
SEYFARTH SHAW SHAW LLP
700 Milam St., Suite #1400
Houston, Texas 77002-2812
Direct: 713-225-1001, Fax: 713-821-0657
SShardonofsky@seyfarth.com; smanning@seyfarth.com

*/s/ Hunter Johnson*
Hunter Johnson